**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



## ORDER

Appellate case name:      In re Catherine Murrah Molloy

Appellate case number:   01-19-00894-CV

Trial court case number:  2018-67151

Trial court:               257th District Court of Harris County

This is an original proceeding related to an appeal filed in appellate cause number 01-19-00840-CV, styled *Molloy v. Fletcher*. The appeal is stayed for mediation until January 27, 2020.

The Court **stays** this original proceeding **until January 27, 2020, or until the parties advise the Court of the result of the mediation in 01-19-00840-CV**.

It is so ORDERED.

Judge's signature: __Justice Peter Kelly_____

                ☑ Acting individually    ☐ Acting for the Court

Date: __December 17, 2019___